Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO.   CR03-343FDB |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING NATIONWIDE |
| ERIK DERI, et al., | ) | AS DEFENDANT |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the grounds and for the reasons set forth in the government's motion, it is hereby ordered that "Nationwide Moving," (aka Northstar Moving, American Star

///

///

///

ORDER DISMISSING NATIONWIDE AS DEFENDANT
U.S. v. ERIK DERI, et al.,  CR03-343— 1

1    Moving) be dismissed as a defendant in the above-captioned case.

2

3        IT IS SO ORDERED.

4

5        Dated: <u>April 12, 2006</u>

6

7                                         _____

8                                         FRANKLIN D. BURGESS
                                          UNITED STATES DISTRICT JUDGE
9

10

11   Presented by:

12   <u>/s/ Kathryn A. Warma</u>

13   KATHRYN A. WARMA
     Assistant United States Attorney
14   Washington Bar No. 12872
15   United States Attorney's Office
     Western District of Washington
16   700 Stewart Street, Suite 5220
     Seattle, Washington 98101-1271
17   Tel.:   (206) 553-8786
     Fax:    (206) 553-2502
18   Email: Kathryn.Warma@usdoj.gov

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING NATIONWIDE AS DEFENDANT
U.S. v. ERIK DERI, et al.,  CR03-343— 2